AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 09 2008

at 1 o'clock and 30 min P.M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

SUMMONS IN A CRIMINAL CASE

V.

Case Number: CR 02-00149 HG 01

(01) CHRISTOPHER MUNDON
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>Courtroom 'AHA NONOI |
|---|---|
| Before: Helen Gillmor, Chief United States District Judge | Date and Time<br>09/18/2008 @ 3:00 p.m. |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by BA
Signature of Issuing Officer/Deputy Clerk

September 4, 2008
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 02-00149 HG 01
(01) CHRISTOPHER MUNDON

# RETURN OF SERVICE

Service as made by me on:[1]                                           Date

_____

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
    Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____         _____Mark M . Hanohano_____
                    Date                          Name of United States Marshal


                                            _____
                                            (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

**U.S. Department of Justice**

United States Marshals Service
District of Hawaii

300 Ala Moana Boulevard, C-101
Honolulu, HI 96850

Official Business
Penalty for Private Use $300

RETURN RECEIPT REQUESTED

7006 3450 0000 6140 2916

Christopher Mundon
75-5532 Kealia St.
Kailua-Kona, HI 96740

**NO SUCH STREET**

U.S. POSTAGE $05.66
MAILED FROM ZIP CODE 96850
SEP 04 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Christopher Mundon
   75-5532 Kealia St.
   Kailua-Kona, HI 96740

2. Article Number (Transfer from service label)
   7006 3450 0000 6140 2916

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7006 3450 0000 6140 2916

Christopher Mundon 02-00149
75-5532 Kealia St. Kailua-Kona HI
96740